FILED

AUG 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF            )
INFORMATION ASSOCIATED WITH THE           )   Case No.: 2:14-sw-0477 EFB
FOLLOWING FACEBOOK INDIVIDUAL             )
USER IDENTIFICATION NUMBER (UID):         )
   100001721146081                        )   **UNDER SEAL**
   100001834828752                        )
THAT ARE STORED AT FACEBOOK               )
CONTROLLED PREMISES                       )

SEALED

### ORDER TO SEAL AND FOR

### NONDISCLOSURE PURSUANT TO 18 U.S.C. § 2705(b)

     The United States, pursuant to Local Rule 141 of the Local Criminal Rules for the U.S. District Court for the Eastern District of California and 18 U.S.C. § 2705(b), having moved to seal the search warrant, application, supporting affidavit, motion to seal, and this Order, and having further moved for a § 2705(b) nondisclosure order covering these materials or up until one year following the date of this Order.

     The Court, having considered the government's submissions, including the facts presented by the government to justify sealing; having determined that there is reason to believe that notification of the existence of these materials will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue to flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates, *see* 18 U.S.C. §§ 2705(b)(2), (3), & (5); having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing; finding none would suffice to protect the

government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED that the United States' motion is GRANTED, and the search warrant, application, supporting affidavit, motion to seal, and this Order be SEALED until further order of the Court.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that FACEBOOK shall not disclose the existence of these materials to the subscriber of the account or any related Facebook accounts, or otherwise delete or remove from public view the account or any related Facebook accounts, unless and until otherwise authorized to do so by the Court, or up until one year following the date of this Order, except that it may disclose this Order to its attorneys for the purpose of receiving legal advice.

Date: August 15, 2014

Honorable Edmund F. Brennan
United States Magistrate Judge