1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  ANDREW SIGLER
   Trial Attorney, National Security Division
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
6

7  Attorneys for Plaintiff
   United States of America
8





FILED
JAN 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF<br><br>FACEBOOK INDIVIDUAL USER IDENTIFICATION NUMBERS:<br>100001721146081<br>100001834828752 | CASE NO. 2:14-SW-0477 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
|---|---|

The government's request to unseal the Search Warrant is GRANTED.

Dated: January 14, 2016

By: _____
    EDMUND F. BRENNAN
    U.S. Magistrate Judge

ORDER                                    1